IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANA COLLINS,

    Plaintiff,

v.

JOANNE B. BARNHART,

    Defendant.

No. C 04-01677 SI

**ORDER RE: FURTHER BRIEFING**

The Court has reviewed the parties' cross-motions for summary judgment. Plaintiff seeks judicial review of the Administrative Law Judge's September 5, 2003 denial of her request for a hearing on whether to reopen her 1995 application for disability insurance benefits. Plaintiff contends that the failure to consider the 1995 application violated her due process rights because she was entitled to additional benefits under the 1995 application that were not recoverable under the 1998 application. Defendant argues, *inter alia*, that plaintiff has failed to state a claim because the Commissioner has been paying plaintiff benefits under the 1998 application retroactive to December 1992, and that according to plaintiff's own testimony, the 1995 application alleged the same disability onset date as the 1998 application.

In her reply, plaintiff cites 42 C.F.R. § 402(j)(1)(A), as support for her argument that the Social Security regulations only allow up to 12 months of retroactive benefits. Although the citation provided by plaintiff is incorrect, the Court has identified a regulation which appears to support plaintiff's position. *See* 20 C.F.R. § 404.621(a) ("If you file an application for disability benefits . . . you may receive benefits for up to 12 months immediately before the month in which your application is filed.").

Accordingly, the Court directs the parties to file supplemental briefs regarding (1) the benefit onset date under the 1998 application, and (2) whether 20 C.F.R. § 404.621(a), or any other statute or regulation, applies

to determine and/or limit the retroactivity of disability insurance benefits. In addition, if defendant concludes that plaintiff would be eligible for additional benefits under the 1995 application that were not recoverable under the 1998 application, defendant shall also address how, if at all, that fact affects defendant's cross-motion for summary judgment. Defendant's supplemental brief shall be filed and served no later than **October 5, 2005**; plaintiff's response supplemental brief shall be filed and served no later than **October 12, 2005**.

**IT IS SO ORDERED.**

Dated: September 19, 2005

SUSAN ILLSTON
United States District Judge