**United States District Court**
For the Northern District of California

1
2
3
4              IN THE UNITED STATES DISTRICT COURT
5            FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   DANA COLLINS,                          No. C 04-01677 SI
8            Plaintiff,                    **JUDGMENT**
       v.
9
10  JOANNE B. BARNHART,
    Commissioner of Social Security,
11           Defendant.
                                                    /
12
13      This action has been remanded to the Commissioner of Social Security for further determination of
14  whether plaintiff's 1995 application should be reopened.  Judgment is entered accordingly.
15
16      **IT IS SO ORDERED AND ADJUDGED.**
17
    Dated: November 7, 2005
18
19                                          SUSAN ILLSTON
20                                          United States District Judge
21
22
23
24
25
26
27
28